## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRAD GARDNER and** | : | |
| **DENISE CATALDI,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action** |
| | : | |
| **v.** | : | **No. 13-cv-3467** |
| | : | |
| **NORFOLK SOUTHERN CORP.,** | : | |
| **et. al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 2nd day of October 2013, upon consideration of defendants'

motion for transfer of venue, Doc. No. 11, and plaintiffs' response thereto, Doc. No. 12,

**IT IS HEREBY ORDERED:**

1.)     Defendant's motion is **GRANTED**;

2.)     This action is transferred to the United States District court for the District

of New Jersey; and

3.)     The clerk is directed to mark this case **CLOSED**.

BY THE COURT

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.